# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SHERYL RAMIREZ WYNTERS, JANICE RAMIREZ
COLLETT, MARILYN RAMIREZ WALKER, AND
MELANIE RAMIREZ BRIGHT

VERSUS

LAMORAK INSURANCE COMPANY, (AS
SUCCESSOR IN INTEREST TO THE LIABILITY
FOR POLICIES OF INSURANCE ISSUED BY
COMMERCIAL UNION INSURANCE COMPANY,
EMPLOYERS COMMERCIAL UNION INSURANCE
COMPANY, AND AMERICAN EMPLOYERS
INSURANCE COMPANY); EAGLE, INC.
(FORMERLY, EAGLE ASBESTOS & PACKING
COMPANY, INC.); CBS CORPORATION (F/K/A
WESTINGHOUSE ELECTRIC CORPORATION);
FOSTER WHEELER, LLC; GENERAL ELECTRIC
COMPANY; JACOBS CONSTRUCTORS, INC.
(F/K/A H.E. WIESE, INC.); TAYLOR-
SEIDENBACH, INC.; ANCO INSULATIONS,
INC.; THE MCCARTY CORPORATION; TURNER
INDUSTRIES GROUP, LLC (SUCCESSOR BY
MERGER TO NATIONAL MAINTENANCE HOLDING
COMPANY, LLC, FORMERLY, NATIONAL
MAINTENANCE CORPORATION); FIREMAN'S
FUND INSURANCE COMPANY; UNIROYAL, INC.;
LOUISIANA INSURANCE GUARANTY
ASSOCIATION; CONTINENTAL CASUALTY
COMPANY; EMPLOYERS INSURANCE COMPANY OF
WAUSAU; BAYER CROPSCIENCE, INC. ( AS
SUCCESSOR OF LIABILITY TO RHONE-POULENC
AG COMPANY F/K/A AMCHEM PRODUCTS, INC.,
F/K/A BENJAMIN FOSTER COMPANY); RILEY
POWER, INC. (FORMERLY BABCOCK BORSIG
POWER, INC., FORMERLY DB RILEY, INC.,
FORMERLY, RILEY STOKER CORPORATION);
THE TRAVELERS INDEMNITY COMPANY;
NEWTRON, LLC (F/K/A NEWTRON, INC.); THE
TRAVELERS CASUALTY & SURETY COMPANY
(F/K/A AETNA CASUALTY AND SURETY CO.)

**JUNE 7, 2021**

---

In Re:    General Reinsurance Corporation, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 664726.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of the pertinent court minutes or the signed judgment. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6) and (10). It likewise does not contain a copy of the transcript from the February 1, 2021 contradictory hearing on relator's motion for summary judgment. Consequently, the writ application contains no evidence of the trial court's ruling or reasons for denying the motion, as required by La. Code Civ. P. art. 966(C)(4). Additionally, the writ application does not contain an index or appendix of all items contained therein or a copy of

the signed order setting the return date. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(1) and (11).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before July 6, 2021 and must contain a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT